## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by THE 21 CLUB and/or related entities and individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

*JQP O. Guttierez*
Full Legal Name (Print)

*JQP O. Guttierez*
Signature

3-24-09
Date