Jonathan Stoler (JS-7494)
Eric Raphan (ER-8339)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RICHARD ALDERMAN, FRANCISCO AZOFEIFA, ROBERT BRINKMAN, GUSTAVO BRIONES, MARIO BRITO, SAU LAM CHAN, JOHN CIMABRANO, ANASTASIOS CONSTANTINOPOULOS, CARMEN DE BARTOLO, CLAUDIO DIAS, LUIS HERNAN DIAZ, LEONARDO ENAMORADO, HARRIS EROTOKRITOU, FRANCISCO FAJARDO, FLORES, ROMEO FLORES, EBERHARD GENZEMANN, CLEBER RAUL GUAMAN, JOSE GUTIERREZ, ANTONIO LACERRA, LEON LAHUEC, MICHAEL LEVINE, MICHAEL MAKROGIANNIS, GUILLERMO MUNOZ, GANDOLFO NAPOLI, JORGE NUNEZ, THOMAS RAKOSI, MIGUEL RODRIGUEZ, SWAPAN ROZARIO, JOSE PENA, PAUL SCHIEVE, MICHAEL SLATER, JORGE WASHINGTON VELEZ, JOHN WARD and MARIO ZAMORA, on behalf of themselves and others similarly situated,

   Plaintiffs,

v.

21 CLUB INC. and ORIENT-EXPRESS HOTELS, INC. d/b/a 21 CLUB,

   Defendants.

-------------------------------------------------------------x

Index No. 09 CV 2418 (TPG)

RULE 7.1 DISCLOSURE
OF DEFENDANT
ORIENT EXPRESS
HOTELS INC.

Pursuant to the Federal Rules of Civil Procedure Rule 7.1(a) and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant Orient Express Hotels Inc.[1] (a non-governmental party) certifies that it is wholly owned by Orient Express Hotels Ltd, which is publicly-traded.

Dated: New York, New York
       April 15, 2009

                Respectfully submitted,

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
                Jonathan Stoler (JS-7494)
                Eric Raphan (ER-8339)

                30 Rockefeller Plaza
                Suite 2400
                New York, New York  10112
                Tel.: (212) 332-3800
                Fax: (212) 332-3888

                *Attorneys for Defendants*

---

[1] Orient Express Hotels Inc. is incorrectly denominated in the caption as "Orient-Express Hotels, Inc. d/b/a 21 Club."